UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE PORTFOLIO RECOVERY ASSOCIATES, LLC, TELEPHONE CONSUMER PROTECTION ACT LITIGATION | Case No.:  11md02295 JAH-BGS<br><br>Member cases:<br>  *Harvey Portfolio Recovery Assocs., LLC,* 11cv3006 JAH-BGS;<br>  *Bartlet v. Portfolio Recovery Assocs., LLC,* 11cv3007 JAH-BGS;<br>  *Crayder v. Portfolio Reocer Assocs., LLC,* 16cv2938 JAH-BGS;<br>  *Cutler v. Portfolio Reocer Assocs., LLC,* 16cv3076 JAH-BGS<br><br>**ORDER GRANTING JOINT MOTIONS TO DISMISS**<br>**[ECF Nos. 997, 998, 999, 1000]** |

This cause is before the Court on the Joint Motions to Dismiss with Prejudice the member cases *Karen Harvey on behalf of herself and all others similarly situated v. Portfolio Recovery Associates, LLC*, 3:11-CV-3006-JAH-BGS ("the *Harvey* action") (ECF No. 998), *Kimberly Bartlett on behalf of herself and all others similarly situated v. Portfolio Recovery Associates, LLC*, 3:11-CV-3007-JAH-BGS ("the *Bartlett* action") (ECF No. 997), *Stacy Crayder v. Portfolio Recovery Associates, LLC*, 3:16-CV-2938-JAH-

1

BGS ("the *Crayder* action") (ECF No. 999), and case *Antoine Cutler v. Portfolio Recovery Associates, LLC*, 3:16-CV-3076-JAH-BGS ("the *Cutler* action") (ECF No. 1000), with prejudice and with each party to bear its own costs and attorneys' fees. On proof made to the satisfaction of the Court, and based on the parties' stipulations, the Court finds that the *Harvey* action, the *Bartlett* action, the *Crayder* action and the *Cutler* action must be dismissed with prejudice and with each party to bear its own costs and attorneys' fees. Based on the foregoing, **IT IS HEREBY ORDERED**:

1. All claims and counterclaims that were or might have been asserted in the *Harvey* action are dismissed, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with prejudice and with each party to bear its own costs and attorneys' fees.

2. All claims and counterclaims that were or might have been asserted in the *Bartlett* action are dismissed, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with prejudice and with each party to bear its own costs and attorneys' fees.

3. All claims and counterclaims that were or might have been asserted in the *Crayder* action are dismissed, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with prejudice and with each party to bear its own costs and attorneys' fees.

4. All claims and counterclaims that were or might have been asserted in the *Cutler* action are dismissed, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with prejudice and with each party to bear its own costs and attorneys' fees.

5. The Clerk of this Court shall transmit a copy of this Order to the Clerk of the United States Judicial Panel on Multidistrict Litigation. *See* J.P.M.L. Rule 10.1 ("Where the transferee district court terminates an action by valid order, including but not limited to summary judgment, judgment of dismissal and

judgment upon stipulation, the transferee district court clerk shall transmit a copy of that order to the Clerk of the Panel.").

6. The *Harvey* action, the *Bartlett* action, the *Crayder* action and the *Cutler* action shall not be remanded to the transferor court, and this Court shall retain the original files and records, unless the transferee judge or the Panel directs otherwise. *Id.*

DATED: December 11, 2023

_____
JOHN A. HOUSTON
United States District Judge